

| | Patrick J. Walsh | **T** 212.268.1000 | 14 Wall Street, Suite 5G |
|---|---|---|---|
| | Partner | **F** 212.947.6010 | New York, New York 10005 |
| | pwalsh@stulbergwalsh.com | **C** 646.361.2529 | |
| | | www.stulbergwalsh.com | |

November 5, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/8/2024

**BY ECF**

Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Exhibition Employees Local 829 I.A.T.S.E. Pension Fund et al. v. National
Convention Services, LLC*, 24-cv-07833 (MKV)

Dear Judge Vyskocil:

    This firm represents Plaintiffs Exhibition Employees Local 829 I.A.T.S.E. Pension Fund
("the Fund") and Judith P. Broach, as Independent Fiduciary of the Fund, in the above-captioned
matter.  Pursuant to Your Honor's Individual Rule of Practice 9.A and the Southern District of
New York's ECF Rule and Instruction 21.7, Plaintiffs respectfully request that the Court formally
seal Exhibits C, D, and E to their October 15, 2024 Complaint to remove sensitive information
from the public docket.

    In filing their Complaint on October 15, 2024, Plaintiffs inadvertently failed to redact
sensitive information, as defined by Fed. R. Civ. P., from a two-page document included in
Exhibits C, D and E to the Complaint (filed at Dkt. Nos. 1-3, 1-4 and 1-5).  *See also* Individ.
Rule 9.A; ECF Rule 21.3.  Upon discovering the mistake, counsel promptly contacted the ECF
Help Desk, which placed Original Dkt Nos. 1-3, 1-4 and 1-5 temporarily under seal.  Pursuant to
ECF Rule 21.7, Plaintiffs now attach to this letter redacted versions of Exhibits C, D and E to the
Complaint ("Corrected Exhs. 1-3, 1-4 and 1-5"), and respectfully request that the Court
permanently seal original Docket Nos. 1-3, 1-4 and 1-5.

    Further, as instructed by the ECF Help Desk, we respectfully request leave from the
Court to re-file the Complaint and the exhibits attached thereto with corrected, redacted versions
of docket entries 1-3, 1-4, and 1-5.

    We sincerely apologize to the Court for the initial filing error and inconvenience.

**GRANTED. The Clerk of Court is
respectfully requested to formally seal
Exhibits C, D, E.  Plaintiffs are granted
leave to re-file the Complaint with the
redacted exhibits. The Clerk of Court is
respectfully requested to terminate the
motion at ECF 4.**

**SO ORDERED.**

Date: 11/8/2024
New York, New York

Mary Kay Vyskocil
United States District Judge

Respectfully submitted,

Patrick J. Walsh



November 15, 2021

Ms. Alexis Artieda
Exserv-National Convention Services
145 West 30th Street, 2nd Floor
New York, NY 10001

RE:    Payroll Compliance Review for Exhibition Employees Union Local 829 I.A.T.S.E.
       Pension Funds

Dear Ms. Artieda:

Enclosed please find copies of our payroll compliance review report detailing, by month, the discrepancies we noted during our recent review of your payroll.

We ask that you review this detail and advise us of any adjustments or challenges to our findings. If we have not heard from you within ten calendar days from the date of this letter, we will submit our report to the Fund Administrator.

If there are any questions concerning the payroll compliance review, please feel free to contact our office.

We wish to take this opportunity to thank you for your cooperation during our visit to your office.

Sincerely,

THOMAS TERLECKI

**BOSTON** | 33 Harrison Avenue, Suite 500 | Boston, MA 02111 | 617.500.6578
**CONNECTICUT** | 255 Route 80, PO Box 698 | Killingworth, CT 06419 | 860.663.1190
**NEW YORK** | 450 Seventh Avenue, 28th Floor | New York, New York 10123 | 212.279.4262
**PHILADELPHIA** | 40 Monument Road, 5th Floor | Bala Cynwyd, PA 19004 | 610.668.9400
**WASHINGTON, DC** | 7226 Lee DeForest Drive, Ste 201 | Columbia, MD 21046 | 443.832.4009



**Exhibition Employees Union Local 829 Pension Funds**

## PAYROLL COMPLIANCE REVIEW

### REPORT

EMPLOYER:      Exserv- National Convention Services

ADDRESS:      145 West 30th Street, 2nd Floor, New York, NY 10001

DATE REVIEW COMPLETED:    October 26, 2021

REVIEW PERIOD:      January 1, 2018 through December 31, 2020

EMPLOYER REPRESENTATIVE, IF ANY, PRESENT AT THE TIME OF
THE REVIEW:      Ms. Alexis Artieda

LOCATION OF EXAMINATION:  Novak Francella LLC

DOES THE EMPLOYER PAY CONTRIBUTIONS ON:

Non Bargaining Unit Employees:     No    If yes, is there a Participation agreement?

Owner/Operator:      No    If yes, is there a Owner/Operator agreement?

SUMMARY OR REASON FOR UNDER REPORTED CONTRIBUTIONS:

A. Contributions were not remitted for all hours paid after April 2019.
B. Contributions were not remitted for all covered employees.
C. Contributions were not remitted for all hours worked.

**BOSTON** | 33 Harrison Avenue, Suite 500 | Boston, MA 02111 | 617.500.6578
**CONNECTICUT** | 255 Route 80, PO Box 698 | Killingworth, CT 06419 | 860.663.1190
**NEW YORK** | 450 Seventh Avenue, 28th Floor | New York, New York 10123 | 212.279.4262
**PHILADELPHIA** | 40 Monument Road, 5th Floor | Bala Cynwyd, PA 19004 | 610.668.9400
**WASHINGTON, DC** | 7226 Lee DeForest Drive, Ste 201 | Columbia, MD 21046 | 443.832.4009 



**Exhibition Employees Union Local 829 Pension Funds**

### PAYROLL COMPLIANCE REVIEW

### SUMMARY

Employer:              Exserv- National Convention Services

Employer Number:       216

Review Period:         January 1, 2018 through December 31, 2020

|  | 2018 | 2019 | 2020 | TOTALS |
|---|---|---|---|---|
| **Pension** | $          - | $   12,010.90 | $   5,517.60 | $   17,528.50 |
| **Total Contributions Due** | $          - | $   12,010.90 | $   5,517.60 | $   17,528.50 |
| **Interest Pension** | - | 1,584.43 | 557.29 | 2,141.72 |
| **Liquidated Damages (Pension)** | - | 2,402.18 | 557.29 | 2,959.47 |
| **TOTAL AMOUNT DUE** | $          - | $   15,997.51 | $   6,632.18 | $   22,629.69 |

BOSTON | 33 Harrison Avenue, Suite 500 | Boston, MA 02111 | 617.500.6578
CONNECTICUT | 255 Route 80, PO Box 698 | Killingworth, CT 06419 | 860.663.1190
NEW YORK | 450 Seventh Avenue, 28th Floor | New York, New York 10123 | 212.279.4262
PHILADELPHIA | 40 Monument Road, 5th Floor | Bala Cynwyd, PA 19004 | 610.668.9400
WASHINGTON, DC | 7226 Lee DeForest Drive, Ste 201 | Columbia, MD 21046 | 443.832.4009

Exhibition Employees Union Local 829 Pension Funds

| | |
|---|---|
| Employer: | Exserv-National Convention Services |
| Address: | 145 West 30th Street, 2nd Floor, New York, NY 10001 |
| Contact: | Ms. Alexis Artieda |
| Review Period: | January 1, 2018 through December 31, 2020 |

REVIEW PERIOD:  January 1, 2018 through December 31, 2020
AUDITOR:  Reggie Woo

**Reason for Deficiency (RFD)**

A. Contributions were not remitted for all hours paid after April 2019
B. Contributions were not remitted for all covered employees
C. Contributions were not remitted for all hours worked

2019

**CONTRIBUTION DUE**

| EMPLOYEE | S/S NUMBER | HIRE | TERM | RFD | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEPT | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amos, Robert | 4769 | | | A | | | | | | 21.50 | | | 50.50 | | | | 72.00 |
| Anza, Anthony | 5937 | | | A | | | | | | | | | 15.00 | | | | 15.00 |
| Becker Jr., Eric | 0383 | | | B | | | | | | | | | 4.00 | | | | 4.00 |
| Catano, Tony | 3739 | | | B | | | | | | | | | 33.00 | | | | 33.00 |
| Cintron, Jose | 6923 | | | A | | | | | | | | | 20.50 | | | | 20.50 |
| Cleary, Andrew | 7771 | | | B | | | | | | | | | 15.50 | | | | 15.50 |
| Collado, Balodio | 5401 | | | A | | | | | | | | | 50.00 | | | | 50.00 |
| Davis, Christopher | 3154 | | | A | | | | | | | | | 37.50 | | | | 37.50 |
| Decarolis, Greg | 1195 | | | B | | | | | | | | | 18.00 | | | | 18.00 |
| Doherty, Robert | 0855 | | | A | | | | | | | | | 4.00 | | | | 4.00 |
| Dunbar, Donald | 7407 | | | A | | | | | | 18.00 | | | 51.00 | | | | 69.00 |
| Dunbar, Nicholas | 4589 | | | A | | | | | | | | | 44.50 | | | | 44.50 |
| Gibbons, Frank | 0286 | | | A | | | | | | | | | 27.50 | | | | 27.50 |
| Gonzalez, Jose | 9565 | | | A | | | | | | 21.50 | | | | | | | 21.50 |
| Harris, William | 8860 | | | B | | | | | | | | | 33.00 | | | | 33.00 |
| Harris, Marchial | 8727 | | | A | | | | | | 18.00 | | | | | | | 18.00 |
| Johnson III., Theodore | 0590 | | | B | | | | | | | | | 6.00 | | | | 6.00 |
| Jurado, Jimmy | 3033 | | | A | | | | | | | | | 12.50 | | | | 12.50 |
| Kaschalk, David | 9696 | | | B | | | | | | | | | 6.00 | | | | 6.00 |
| Kiely, Greg | 7621 | | | AC | | | | 99.50 | | | | | | | | | 99.50 |
| Lauriello, Louis | 9453 | | | B | | | | | | 22.50 | | | | | | | 22.50 |
| Lydon, William | 2768 | | | A | | | | | | | | | 11.00 | | | | 11.00 |
| Mangini, Carlo | 9675 | | | A | | | | | | 24.00 | | | | | | | 24.00 |
| Martinez, Andrew | 9658 | | | A | | | | | | 7.50 | | | 16.00 | | | | 23.50 |
| McCann, Francis | 4499 | | | A | | | | | | 22.50 | | | | | | | 22.50 |
| Midgett Jr., Kemp | 8583 | | | B | | | | | | | | | 6.00 | | | | 6.00 |
| Mitchell, Declan | 6744 | | | A | | | | | | | | | 36.50 | | | | 36.50 |
| Morgan, Aidan | 8678 | | | A | | | | | | | | | 20.50 | | | | 20.50 |
| Noonan, Robert | 9692 | | | B | | | | | | 18.00 | | | 4.00 | | | | 22.00 |
| Onufrey, Colin | 2365 | | | B | | | | | | | | | 6.00 | | | | 6.00 |
| Reilly, Josh | 4229 | | | A | | | | | | 21.50 | | | 23.00 | | | | 44.50 |
| Ryan, William | 9040 | | | A | | | | | | 19.00 | | | 4.00 | | | | 23.00 |
| Smith, Michael | 2966 | | | B | | | | | | | | | 17.00 | | | | 17.00 |
| Taylor III., Stephen | 6999 | | | B | | | | | | | | | 6.00 | | | | 6.00 |
| Thomas, Alfred | 1853 | | | A | | | | | | | | | 20.00 | | | | 20.00 |
| Vernazza Jr., John | 4500 | | | A | | | | | | 11.00 | | | 11.50 | | | | 22.50 |
| | | **Total Hours** | | | - | - | - | 99.50 | - | 225.00 | - | - | 610.00 | - | - | - | 934.50 |

**Amount Due**

| FUND | RATES | 9/1/2018 | 9/1/2019 | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PENSION | | $ 12.20 | $ 13.20 | $ | - | $ | - | $ | - | $1,213.90 | $ | - | $2,745.00 | $ | - | $ | - | $ 8,052.00 | $ | - | $ - | $ - | $12,010.90 |
| | | **TOTAL AMT DUE** | $ | - | $ | - | $ | - | $1,213.90 | $ | - | $2,745.00 | $ | - | $ | - | $ 8,052.00 | $ | - | $ - | $ - | $12,010.90 |

**Exhibition Employees Union Local 829 Pension Funds**

| | |
|---|---|
| Employer: | Exserv National Convention Services |
| Address: | 145 West 30th Street, 2nd Floor, New York, NY 10001 |
| Contact: | Ms. Alexis Artieda |
| Review Period: | January 1, 2018 through December 31, 2020 |

REVIEW PERIOD: January 1, 2018 through December 31, 2020
AUDITOR: Reggie Woo

**Reason for Deficiency (RFD)**
A. Contributions were not remitted for all hours paid after April 2019.
B. Contributions were not remitted for all covered employees
C. Contributions were not remitted for all hours worked.

| 2020 |
|---|

## CONTRIBUTION DUE

| EMPLOYEE | S/S NUMBER | HIRE | TERM | RFD | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEPT | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amos, Robert | 4769 | | | B | | | 4.00 | | | | | | | | | | 4.00 |
| Deconinck, David | 1944 | | | B | 13.00 | | | | | | | | | | | | 13.00 |
| Dunbar, Donald | 7407 | | | B | 10.50 | | 32.50 | | | | | | | | | | 43.00 |
| Dunbar, Nicholas | 4589 | | | B | | | 29.00 | | | | | | | | | | 29.00 |
| Espinal, Cesar | 7784 | | | B | 36.50 | | | | | | | | | | | | 36.50 |
| Falzone, Darin | 7652 | | | B | 12.00 | | 33.00 | | | | | | | | | | 45.00 |
| Gibbons, Frank | 0286 | | | B | 4.00 | | | | | | | | | | | | 4.00 |
| Gonzalez, Jose | 9565 | | | B | 41.50 | | | | | | | | | | | | 41.50 |
| Heerdt, George | 0705 | | | B | 6.00 | | | | | | | | | | | | 6.00 |
| Hincapie, Aric | 0027 | | | B | 13.50 | | 32.50 | | | | | | | | | | 46.00 |
| Jurado, Jimmy A. | 3033 | | | B | 26.00 | | 35.00 | | | | | | | | | | 61.00 |
| Lashley, Frank | 7316 | | | B | 14.00 | | | | | | | | | | | | 14.00 |
| Murphy, Lynnette | 0175 | | | B | 34.50 | | 33.00 | | | | | | | | | | 67.50 |
| Thomas, Alfred A. | 1853 | | | B | 7.50 | | | | | | | | | | | | 7.50 |
| | | Total Hours | | | 219.00 | - | 199.00 | - | - | - | - | - | - | - | - | - | 418.00 |

### Amount Due

| FUND | RATES | 9/1/2019 | 9/1/2020 | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEPT | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PENSION | | $ 13.20 | $ 14.20 | $2,890.80 | $ - | $2,626.80 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 5,517.60 |
| | | TOTAL AMT DUE | | $2,890.80 | $ - | $2,626.80 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 5,517.60 |

**Exhibition Employees Union Local 829 Pension Funds**

## PAYROLL COMPLIANCE REVIEW

### REPORT

EMPLOYER:          Exserv- National Convention Services

ADDRESS:           145 West 30th Street, 2nd Floor, New York, NY 10001

DATE REVIEW COMPLETED:      October 26, 2021

REVIEW PERIOD:              January 1, 2018 through December 31, 2020

EMPLOYER REPRESENTATIVE, IF ANY, PRESENT AT THE TIME OF
THE REVIEW:        Ms. Alexis Artieda

LOCATION OF EXAMINATION:   Novak Francella LLC

DOES THE EMPLOYER PAY CONTRIBUTIONS ON:

Non Bargaining Unit Employees:      No    If yes, is there a Participation agreement?

Owner/Operator:                     No    If yes, is there a Owner/Operator agreement?

SUMMARY OR REASON FOR UNDER REPORTED CONTRIBUTIONS:

A. Contributions were not remitted for all hours paid after April 2019.
B. Contributions were not remitted for all covered employees.
C. Contributions were not remitted for all hours worked.

Revised 10/03/2024

**Exhibition Employees Union Local 829 Pension Funds**

### PAYROLL COMPLIANCE REVIEW

### SUMMARY

Employer:              Exserv- National Convention Services

Employer Number:       216

Review Period:         January 1, 2018 through December 31, 2020

|  | | 2018 | | 2019 | | 2020 | | TOTALS |
|---|---|---|---|---|---|---|---|---|
| **Pension** | $ | - | $ | 12,010.90 | $ | 5,517.60 | $ | 17,528.50 |
| **Total Contributions Due** | **$** | **-** | **$** | **12,010.90** | **$** | **5,517.60** | **$** | **17,528.50** |
| **Interest Pension** | | - | | 3,675.31 | | 1,517.81 | | 5,193.12 |
| **Liquidated Damages (Pension)** | | - | | 3,675.31 | | 1,517.81 | | 5,193.12 |
| **TOTAL AMOUNT DUE** | **$** | **-** | **$** | **19,361.52** | **$** | **8,553.22** | **$** | **27,914.74** |

Revised 10/03/2024

**Exhibition Employees Union Local 829 Pension Funds**

| | | | |
|---|---|---|---|
| Employer: | Exserv- National Convention Services | REVIEW PERIOD: January 1, 2018 through December 31, 2020 | **Reason for Deficiency (RFD)** |
| Address: | 145 West 30th Street, 2nd Floor, New York, NY 10001 | AUDITOR: Reggie Woo | A. Contributions were not remitted for all hours paid after April 2019. |
| Contact: | Ms. Alexis Artieda | | B. Contributions were not remitted for all covered employees. |
| Review Period: | January 1, 2018 through December 31, 2020 | | C. Contributions were not remitted for all hours worked. |

2019

## CONTRIBUTION DUE

| EMPLOYEE | S/S NUMBER | HIRE | TERM | RFD | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEPT | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amos, Robert | 4769 | | | A | | | | | | 21.50 | | | 50.50 | | | | 72.00 |
| Arza, Anthony | 6937 | | | A | | | | | | | | | 15.00 | | | | 15.00 |
| Becker Jr., Eric | 0583 | | | B | | | | | | | | | 4.00 | | | | 4.00 |
| Catano, Tony | 3739 | | | B | | | | | | | | | 33.00 | | | | 33.00 |
| Cintron, Jose | 6923 | | | A | | | | | | | | | 20.50 | | | | 20.50 |
| Cleary, Andrew | 7771 | | | B | | | | | | | | | 15.50 | | | | 15.50 |
| Collado, Balodio | 3401 | | | A | | | | | | | | | 50.00 | | | | 50.00 |
| Davis, Christopher | 3154 | | | A | | | | | | | | | 37.50 | | | | 37.50 |
| Decarolis, Greg | 1195 | | | B | | | | | | | | | 18.00 | | | | 18.00 |
| Doherty, Robert | 0855 | | | A | | | | | | | | | 4.00 | | | | 4.00 |
| Dunbar, Donald | 7407 | | | A | | | | | | 18.00 | | | 51.00 | | | | 69.00 |
| Dunbar, Nicholas | 4589 | | | A | | | | | | | | | 44.50 | | | | 44.50 |
| Gibbons, Frank | 0286 | | | A | | | | | | | | | 27.50 | | | | 27.50 |
| Gonzalez, Jose | 9565 | | | A | | | | | | 21.50 | | | | | | | 21.50 |
| Harris, William | 8860 | | | B | | | | | | | | | 33.00 | | | | 33.00 |
| Harris, Marchial | 8727 | | | A | | | | | | 18.00 | | | | | | | 18.00 |
| Johnson III., Theodore | 0590 | | | B | | | | | | | | | 6.00 | | | | 6.00 |
| Jurado, Jimmy | 3033 | | | A | | | | | | | | | 12.50 | | | | 12.50 |
| Kaschalk, David | 9696 | | | B | | | | | | | | | 6.00 | | | | 6.00 |
| Kiely, Greg | 7621 | | | AC | | | | 99.50 | | | | | | | | | 99.50 |
| Lauriello, Louis | 9453 | | | B | | | | | | 22.50 | | | | | | | 22.50 |
| Lydon, William | 2768 | | | A | | | | | | | | | 11.00 | | | | 11.00 |
| Mangini, Carlo | 9675 | | | A | | | | | | 24.00 | | | | | | | 24.00 |
| Martinez, Andrew | 9658 | | | A | | | | | | 7.50 | | | 16.00 | | | | 23.50 |
| McCann, Francis | 4499 | | | A | | | | | | 22.50 | | | | | | | 22.50 |
| Midgett Jr., Kemp | 8383 | | | B | | | | | | | | | 6.00 | | | | 6.00 |
| Mitchell, Declan | 6744 | | | A | | | | | | | | | 36.50 | | | | 36.50 |
| Morgan, Aidan | 8678 | | | A | | | | | | | | | 20.50 | | | | 20.50 |
| Noonan, Robert | 9692 | | | B | | | | | | 18.00 | | | 4.00 | | | | 22.00 |
| Onufrey, Colin | 2365 | | | B | | | | | | | | | 6.00 | | | | 6.00 |
| Reilly, Josh | 4229 | | | A | | | | | | 21.50 | | | 23.00 | | | | 44.50 |
| Ryan, William | 9040 | | | A | | | | | | 19.00 | | | 4.00 | | | | 23.00 |
| Smith, Michael | 2966 | | | B | | | | | | | | | 17.00 | | | | 17.00 |
| Taylor III., Stephen | 6999 | | | B | | | | | | | | | 6.00 | | | | 6.00 |
| Thomas, Alfred | 1853 | | | A | | | | | | | | | 20.00 | | | | 20.00 |
| Vernazza Jr., John | 4500 | | | A | | | | | | 11.00 | | | 11.50 | | | | 22.50 |
| **Total Hours** | | | | | - | - | - | 99.50 | - | 225.00 | - | - | 610.00 | - | - | - | 934.50 |

### Amount Due

| FUND | RATES 9/1/2018 | 9/1/2019 | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEPT | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PENSION** | $ 12.20 | $ 13.20 | $  - | $  - | $  - | $1,213.90 | $  - | $2,745.00 | $  - | $  - | $ 8,052.00 | $  - | $  - | $  - | $12,010.90 |
| | **TOTAL AMT DUE** | | $  - | $  - | $  - | $1,213.90 | $  - | $2,745.00 | $  - | $  - | $ 8,052.00 | $  - | $  - | $  - | $12,010.90 |

Revised 10/03/2024

**Exhibition Employees Union Local 829 Pension Funds**

| | |
|---|---|
| Employer: | Exserv- National Convention Services |
| Address: | 145 West 30th Street, 2nd Floor, New York, NY 10001 |
| Contact: | Ms. Alexis Artieda |
| Review Period: | January 1, 2018 through December 31, 2020 |

REVIEW PERIOD: January 1, 2018 through December 31, 2020
AUDITOR: Reggie Woo

**Reason for Deficiency (RFD)**

A. Contributions were not remitted for all hours paid after April 2019.
B. Contributions were not remitted for all covered employees.
C. Contributions were not remitted for all hours worked.

| 2020 |
|---|

### CONTRIBUTION DUE

| EMPLOYEE | S/S NUMBER | HIRE | TERM | RFD | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEPT | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amos, Robert | 4769 | | | B | | | 4.00 | | | | | | | | | | 4.00 |
| Deconinck, David | 1944 | | | B | 13.00 | | | | | | | | | | | | 13.00 |
| Dunbar, Donald | 7407 | | | B | 10.50 | | 32.50 | | | | | | | | | | 43.00 |
| Dunbar, Nicholas | 4589 | | | B | | | 29.00 | | | | | | | | | | 29.00 |
| Espinal, Cesar | 7784 | | | B | 36.50 | | | | | | | | | | | | 36.50 |
| Falzone, Darin | 7652 | | | B | 12.00 | | 33.00 | | | | | | | | | | 45.00 |
| Gibbons, Frank | 0286 | | | B | 4.00 | | | | | | | | | | | | 4.00 |
| Gonzalez, Jose | 9565 | | | B | 41.50 | | | | | | | | | | | | 41.50 |
| Heerdt, George | 0705 | | | B | 6.00 | | | | | | | | | | | | 6.00 |
| Hincapie, Aric | 0027 | | | B | 13.50 | | 32.50 | | | | | | | | | | 46.00 |
| Jurado, Jimmy A. | 3033 | | | B | 26.00 | | 35.00 | | | | | | | | | | 61.00 |
| Lashley, Frank | 7316 | | | B | 14.00 | | | | | | | | | | | | 14.00 |
| Murphy, Lynnette | 0175 | | | B | 34.50 | | 33.00 | | | | | | | | | | 67.50 |
| Thomas, Alfred A. | 1853 | | | B | 7.50 | | | | | | | | | | | | 7.50 |
| | | | **Total Hours** | | 219.00 | - | 199.00 | - | - | - | - | - | - | - | - | - | 418.00 |

### Amount Due

| FUND | RATES | 9/1/2019 | 9/1/2020 | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEPT | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PENSION | | $ 13.20 | $ 14.20 | $2,890.80 | $  - | $2,626.80 | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $ 5,517.60 |
| | | **TOTAL AMT DUE** | | $2,890.80 | $  - | $2,626.80 | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $ 5,517.60 |

Revised 10/03/2024



| | | |
|---|---|---|
| **Patrick J. Walsh**<br>Partner<br>pwalsh@stulbergwalsh.com | T 212.268.1000<br>F 212.947.6010<br>C 646.361.2529<br>www.stulbergwalsh.com | 14 Wall Street, Suite 5G<br>New York, New York 10005 |

August 25, 2022

**VIA E-MAIL AND FIRST-CLASS MAIL**
jangellino@ncsevents.com
Mr. James Angellino, President/CEO
Exserv – National Convention Services, LLC
145 West 30th Street
New York, NY 10001

> Re:    Delinquent Contributions to Exhibition Employees Union Local 829
> Pension Fund – **Final Demand for Payment of Findings**

We represent Judith P. Broach as Independent Fiduciary of the Exhibition Employees Local 829 Pension Fund ("the Fund").

As you know, pursuant to Section 7 of your collective bargaining agreement with Exhibition Employees Local 829 ("the Union"), contributions to the Fund and corresponding remittance reports are due on the 10th day of each calendar month covering all hours worked during the preceding calendar month by all covered Union bargaining unit employees.

On October 26, 2021, the Fund's auditor, Novak Francella, LLC ("Novak"), completed an audit of NCS's payroll and other related records for the period January 1, 2018 through December 31, 2020.  Novak summarized its findings in its October 26, 2021 Payroll Compliance Review Report ("the Report"), which Novak provided to NCS's Payroll Manager, Ms. Alexis Artieda, on November 15, 2021.  The Report found that, for the period January 1, 2018 through December 31, 2020, NCS owed unpaid monthly contributions to the Fund in the amount of $17,528.50.  As a result, the Report further advised that, through the date of the Report, NCS also owed interest in the amount of $2,141.72; and liquidated damages in the amount of $2,959.47; for a total amount owed to the Fund of $22,629.69.  In a letter dated November 15, 2021 to Ms. Artieda, Novak requested that NCS respond within ten (10) days with any challenges to the findings.  We have attached a copy of the Report for your convenience.

We have attached a revised version of the Report, which reflects additional interest and liquidated damages that have accrued since the Report was issued, through August 17, 2022 ("Revised Report").  The Revised Report provides that as of August 17, 2022, NCS owes unpaid monthly contributions to the Fund in the amount of $17,528.50; and now owes interest in the amount of $2,951.39, and liquidated damages in the amount of $3,505.70, for a total amount owed to the Fund of $23,985.59 through that date.

As NCS has not responded to Novak's November 15, 2021 letter, or otherwise submitted the requested contributions, interest, and liquidated damage, the matter has been referred to this office for collection.  Please be advised that if contributions are not submitted in full satisfaction of the Revised Report's findings, together with interest and liquidated damages, within ten (10)

1

days of this letter, we will have no choice but to take all actions necessary to collect this delinquency. If it becomes necessary to commence an action against NCS in federal court, NCS will be liable to the Fund for attorneys' fees, as well as the unpaid contributions, interest, and liquidated damages pursuant to the Employee Retirement Income Security Act of 1974, as amended ("ERISA").

Please call me immediately if you have any questions regarding this letter.

Yours truly,

Patrick J. Walsh, Esq.

cc:     Nick Orichio, Controller
        norichio@ncsevents.com

        Alexis Artieda, Payroll Manager
        aartieda@ncsevents.com

# November 15, 2021
# Payroll Compliance Review Report



Novak|Francella
LLC | CERTIFIED PUBLIC ACCOUNTANTS

November 15, 2021

Ms. Alexis Artieda
Exserv-National Convention Services
145 West 30th Street, 2nd Floor
New York, NY 10001

RE:    Payroll Compliance Review for Exhibition Employees Union Local 829 I.A.T.S.E.
       Pension Funds

Dear Ms. Artieda:

Enclosed please find copies of our payroll compliance review report detailing, by month, the
discrepancies we noted during our recent review of your payroll.

We ask that you review this detail and advise us of any adjustments or challenges to our findings.
If we have not heard from you within ten calendar days from the date of this letter, we will
submit our report to the Fund Administrator.

If there are any questions concerning the payroll compliance review, please feel free to contact
our office.

We wish to take this opportunity to thank you for your cooperation during our visit to your
office.

Sincerely,

THOMAS TERLECKI

BOSTON | 33 Harrison Avenue, Suite 500 | Boston, MA 02111 | 617.500.6578
CONNECTICUT | 255 Route 80, PO Box 698 | Killingworth, CT 06419 | 860.663.1190
NEW YORK | 450 Seventh Avenue, 28th Floor | New York, New York 10123 | 212.279.4262
PHILADELPHIA | 40 Monument Road, 5th Floor | Bala Cynwyd, PA 19004 | 610.668.9400
WASHINGTON, DC | 7226 Lee DeForest Drive, Ste 201 | Columbia, MD 21046 | 443.832.4009



**Exhibition Employees Union Local 829 Pension Funds**

### PAYROLL COMPLIANCE REVIEW

### REPORT

EMPLOYER:          Exserv- National Convention Services

ADDRESS:          145 West 30th Street, 2nd Floor, New York, NY 10001

DATE REVIEW COMPLETED:          October 26, 2021

REVIEW PERIOD:          January 1, 2018 through December 31, 2020

EMPLOYER REPRESENTATIVE, IF ANY, PRESENT AT THE TIME OF
THE REVIEW:          Ms. Alexis Artieda

LOCATION OF EXAMINATION:   Novak Francella LLC

DOES THE EMPLOYER PAY CONTRIBUTIONS ON:

Non Bargaining Unit Employees:          No      If yes, is there a Participation agreement?

Owner/Operator:          No      If yes, is there a Owner/Operator agreement?

SUMMARY OR REASON FOR UNDER REPORTED CONTRIBUTIONS:

A. Contributions were not remitted for all hours paid after April 2019.
B. Contributions were not remitted for all covered employees.
C. Contributions were not remitted for all hours worked.

BOSTON | 33 Harrison Avenue, Suite 500 | Boston, MA 02111 | 617.500.6578
CONNECTICUT | 255 Route 80, PO Box 698 | Killingworth, CT 06419 | 860.663.1190
NEW YORK | 450 Seventh Avenue, 28th Floor | New York, New York 10123 | 212.279.4262
PHILADELPHIA | 40 Monument Road, 5th Floor | Bala Cynwyd, PA 19004 | 610.668.9400
WASHINGTON, DC | 7226 Lee DeForest Drive, Ste 201 | Columbia, MD 21046 | 443.832.4009



**Exhibition Employees Union Local 829 Pension Funds**

### PAYROLL COMPLIANCE REVIEW

### SUMMARY

Employer:              Exserv- National Convention Services

Employer Number:       216

Review Period:         January 1, 2018 through December 31, 2020

|  | 2018 | 2019 | 2020 | TOTALS |
|---|---|---|---|---|
| Pension $ | - | $ 12,010.90 | $ 5,517.60 | $ 17,528.50 |
| **Total Contributions Due** $ | - | $ 12,010.90 | $ 5,517.60 | $ 17,528.50 |
| **Interest Pension** | - | 1,584.43 | 557.29 | 2,141.72 |
| **Liquidated Damages (Pension)** | - | 2,402.18 | 557.29 | 2,959.47 |
| **TOTAL AMOUNT DUE** $ | - | $ 15,997.51 | $ 6,632.18 | $ 22,629.69 |

BOSTON | 33 Harrison Avenue, Suite 500 | Boston, MA 02111 | 617.589.6578
CONNECTICUT | 255 Route 80, PO Box 698 | Killingworth, CT 06419 | 860.663.1190
NEW YORK | 450 Seventh Avenue, 28th Floor | New York, New York 10123 | 212.279.4262
PHILADELPHIA | 40 Monument Road, 5th Floor | Bala Cynwyd, PA 19004 | 610.668.9400
WASHINGTON, DC | 7226 Lee DeForest Drive, Ste 201 | Columbia, MD 21046 | 443.832.4009

**Exhibition Employees Union Local 829 Pension Funds**

| | |
|---|---|
| Employer: | Exserv- National Convention Services |
| Address: | 145 West 30th Street, 2nd Floor, New York, NY 10001 |
| Contact: | Ms. Alexis Artieda |
| Review Period: | January 1, 2018 through December 31, 2020 |

REVIEW PERIOD: January 1, 2018 through December 31, 2020
AUDITOR: Reggie Woo

**Reason for Deficiency (RFD)**
A. Contributions were not remitted for all hours paid after April 2019
B. Contributions were not remitted for all covered employees.
C. Contributions were not remitted for all hours worked.

| 2019 |
|---|

**CONTRIBUTION DUE**

| EMPLOYEE | S/S NUMBER | HIRE | TERM | RFD | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEPT | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amos, Robert | 4769 | | | A | | | | | | 21.50 | | | 50.50 | | | | 72.00 |
| Arza, Anthony | 6937 | | | A | | | | | | | | | 15.00 | | | | 15.00 |
| Beeker Jr., Eric | 0583 | | | B | | | | | | | | | 4.00 | | | | 4.00 |
| Catano, Tony | 5739 | | | B | | | | | | | | | 33.00 | | | | 33.00 |
| Cintron, Jose | 6923 | | | A | | | | | | | | | 20.50 | | | | 20.50 |
| Cleary, Andrew | 7771 | | | B | | | | | | | | | 15.50 | | | | 15.50 |
| Collado, Balacio | 8401 | | | A | | | | | | | | | 50.00 | | | | 50.00 |
| Davis, Christopher | 5154 | | | A | | | | | | | | | 37.50 | | | | 37.50 |
| Decarolis, Greg | 1195 | | | B | | | | | | | | | 18.00 | | | | 18.00 |
| Doherty, Robert | 0855 | | | A | | | | | | | | | 4.00 | | | | 4.00 |
| Dunbar, Donald | 7407 | | | A | | | | | | 18.00 | | | 51.00 | | | | 69.00 |
| Dunbar, Nicholas | 4559 | | | A | | | | | | | | | 44.50 | | | | 44.50 |
| Gibbons, Frank | 0286 | | | A | | | | | | | | | 27.50 | | | | 27.50 |
| Gonzalez, Jose | 9565 | | | A | | | | | | 21.50 | | | | | | | 21.50 |
| Harris, William | 8860 | | | B | | | | | | | | | 33.00 | | | | 33.00 |
| Harris, Marchial | 8727 | | | A | | | | | | 18.00 | | | | | | | 18.00 |
| Johnson III., Theodore | 0590 | | | B | | | | | | | | | 6.00 | | | | 6.00 |
| Jurado, Jimmy | 3033 | | | A | | | | | | | | | 12.50 | | | | 12.50 |
| Kaschalk, David | 9696 | | | B | | | | | | | | | 6.00 | | | | 6.00 |
| Kiely, Greg | 7621 | | | A/C | | | | 99.50 | | | | | | | | | 99.50 |
| Laurielle, Louis | 9453 | | | B | | | | | | 22.50 | | | | | | | 22.50 |
| Lyden, William | 2768 | | | A | | | | | | | | | 11.00 | | | | 11.00 |
| Mangini, Carlo | 9675 | | | A | | | | | | 24.00 | | | | | | | 24.00 |
| Martinez, Andrew | 9658 | | | A | | | | | | 7.50 | | | 16.00 | | | | 23.50 |
| McCann, Francis | 4499 | | | A | | | | | | 22.50 | | | | | | | 22.50 |
| Midgett Jr., Kemo | 8383 | | | B | | | | | | | | | 6.00 | | | | 6.00 |
| Mitchell, Declan | 6744 | | | A | | | | | | | | | 36.50 | | | | 36.50 |
| Morgan, Aidan | 8678 | | | A | | | | | | | | | 20.50 | | | | 20.50 |
| Noonan, Robert | 9692 | | | B | | | | | | 18.00 | | | 4.00 | | | | 22.00 |
| Onufrey, Colin | 2365 | | | B | | | | | | | | | 6.00 | | | | 6.00 |
| Reilly, Josh | 4229 | | | A | | | | | | 21.50 | | | 23.00 | | | | 44.50 |
| Ryan, William | 9040 | | | A | | | | | | 19.00 | | | 4.00 | | | | 23.00 |
| Smith, Michael | 2966 | | | B | | | | | | | | | 17.00 | | | | 17.00 |
| Taylor III., Stephen | 6999 | | | B | | | | | | | | | 6.00 | | | | 6.00 |
| Thomas, Alfred | 1853 | | | A | | | | | | | | | 20.00 | | | | 20.00 |
| Vernazza Jr., John | 4500 | | | A | | | | | | 11.00 | | | 11.50 | | | | 22.50 |
| | | | **Total Hours** | | - | - | - | 99.50 | - | 225.00 | - | - | 610.00 | - | - | - | 934.50 |

**Amount Due**

| FUND | RATES | 5/1/2018 | 9/1/2019 | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEPT | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PENSION | | $ 12.20 | $ 13.20 | $ - | $ - | $ - | $1,213.90 | $ - | $2,745.00 | $ - | $ - | $ 8,052.00 | $ - | $ - | $ - | $12,010.90 |
| | | **TOTAL AMT DUE** | | $ - | $ - | $ - | $1,213.90 | $ - | $2,745.00 | $ - | $ - | $ 8,052.00 | $ - | $ - | $ - | $12,010.90 |

**Exhibition Employees Union Local 829 Pension Funds**

| | |
|---|---|
| Employer | Exserv- National Convention Services |
| Address | 145 West 30th Street, 2nd Floor, New York, NY 10001 |
| Contact | Ms. Alexis Artieda |
| Review Period | January 1, 2018 through December 31, 2020 |

REVIEW PERIOD: January 1, 2018 through December 31, 2020
AUDITOR: Reggie Woo

**Reason for Deficiency (RFD)**
A. Contributions were not remitted for all hours paid after April 2019
B. Contributions were not remitted for all covered employees
C. Contributions were not remitted for all hours worked.

### 2020

#### CONTRIBUTION DUE

| EMPLOYEE | S/S NUMBER | HIRE | TERM | RFD | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEPT | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amos, Robert | 4769 | | | B | | | 4.00 | | | | | | | | | | 4.00 |
| Deconinck, David | 1944 | | | B | 13.00 | | | | | | | | | | | | 13.00 |
| Dunbar, Donald | 7407 | | | B | 10.50 | | 32.50 | | | | | | | | | | 43.00 |
| Dunbar, Nicholas | 4589 | | | B | | | 29.00 | | | | | | | | | | 29.00 |
| Espinal, Cesar | 7784 | | | B | 36.50 | | | | | | | | | | | | 36.50 |
| Falzone, Dann | 7652 | | | B | 12.00 | | 33.00 | | | | | | | | | | 45.00 |
| Gibbons, Frank | 0286 | | | B | 4.00 | | | | | | | | | | | | 4.00 |
| Gonzalez, Jose | 9565 | | | B | 41.50 | | | | | | | | | | | | 41.50 |
| Heerdt, George | 0705 | | | B | 6.00 | | | | | | | | | | | | 5.00 |
| Hincapie, Aric | 0027 | | | B | 13.50 | | 32.50 | | | | | | | | | | 45.00 |
| Jurado, Jimmy A. | 3033 | | | B | 26.00 | | 35.00 | | | | | | | | | | 61.00 |
| Lashley, Frank | 7316 | | | B | 14.00 | | | | | | | | | | | | 14.00 |
| Murphy, Lynnette | 0175 | | | B | 34.50 | | 33.00 | | | | | | | | | | 67.50 |
| Thomas, Alfred A. | 1833 | | | B | 7.50 | | | | | | | | | | | | 7.50 |
| | | | **Total Hours** | | 219.00 | - | 199.00 | - | - | - | - | - | - | - | - | - | 418.00 |

#### Amount Due

| FUND | RATES | 9/1/2019 | 9/1/2020 | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PENSION | | $ 13.20 | $ 14.20 | $2,890.80 | $ - | $2,626.80 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 5,517.60 |
| | | **TOTAL AMT DUE** | | **$2,890.80** | $ - | **$2,626.80** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | **$ 5,517.60** |

# August 17, 2022
# Revised Payroll Compliance
# Review Report



**Exhibition Employees Union Local 829 Pension Funds**

## PAYROLL COMPLIANCE REVIEW

### REPORT

EMPLOYER:                    Exserv- National Convention Services

ADDRESS:                     145 West 30th Street, 2nd Floor, New York, NY 10001

DATE REVIEW COMPLETED:       October 26, 2021

REVIEW PERIOD:               January 1, 2018 through December 31, 2020

EMPLOYER REPRESENTATIVE, IF ANY, PRESENT AT THE TIME OF
THE REVIEW:          Ms. Alexis Artieda

LOCATION OF EXAMINATION:  Novak Francella LLC

DOES THE EMPLOYER PAY CONTRIBUTIONS ON:

Non Bargaining Unit Employees:      No    If yes, is there a Participation agreement?

Owner/Operator:                     No    If yes, is there a Owner/Operator agreement?

SUMMARY OR REASON FOR UNDER REPORTED CONTRIBUTIONS:

A. Contributions were not remitted for all hours paid after April 2019.
B. Contributions were not remitted for all covered employees.
C. Contributions were not remitted for all hours worked.

Revised 08/17/2022

BOSTON | 33 Harrison Avenue, Suite 500 | Boston, MA 02111 | 617.500.6578
CONNECTICUT | 255 Route 80, PO Box 698 | Killingworth, CT 06419 | 860.663.1190
NEW YORK | 450 Seventh Avenue, 28th Floor | New York, New York 10123 | 212.279.4262
PHILADELPHIA | 40 Monument Road, 5th Floor | Bala Cynwyd, PA 19004 | 610.668.9400
WASHINGTON, DC | 7226 Lee DeForest Drive, Ste 201 | Columbia, MD 21046 | 443.832.4009



Novak | Francella
LLC | CERTIFIED PUBLIC ACCOUNTANTS

**Exhibition Employees Union Local 829 Pension Funds**

## PAYROLL COMPLIANCE REVIEW

### SUMMARY

Employer:              Exserv- National Convention Services

Employer Number:       216

Review Period:         January 1, 2018 through December 31, 2020

|                                  | 2018 |   | 2019 |       | 2020 |       |   | TOTALS |           |
| -------------------------------- | ---- | - | ---- | ----- | ---- | ----- | - | ------ | --------- |
| **Pension** $                    |      | - | $    | 12,010.90 | $ | 5,517.60 | $ |      | 17,528.50 |
| **Total Contributions Due** $    |      | - | $    | 12,010.90 | $ | 5,517.60 | $ |      | 17,528.50 |
| **Interest Pension**             |      | - |      | 2,139.23 |   | 812.16  |   |      | 2,951.39 |
| **Liquidated Damages (Pension)** |      | - |      | 2,402.18 |   | 1,103.52 |   |      | 3,505.70 |
| **TOTAL AMOUNT DUE** $           |      | - | $    | 16,552.31 | $ | 7,433.28 | $ |      | 23,985.59 |

Revised 08/17/2022

BOSTON | 33 Harrison Avenue, Suite 500 | Boston, MA 02111 | 617.500.6578
CONNECTICUT | 255 Route 80, PO Box 698 | Killingworth, CT 06419 | 860.663.1190
NEW YORK | 450 Seventh Avenue, 28th Floor | New York, New York 10123 | 212.279.4262
PHILADELPHIA | 40 Monument Road, 5th Floor | Bala Cynwyd, PA 19004 | 610.668.9400
WASHINGTON, DC | 7226 Lee DeForest Drive, Ste 201 | Columbia, MD 21046 | 443.832.4009

**Exhibition Employees Union Local 829 Pension Funds**

| | |
|---|---|
| Employer: | Exserv- National Convention Services |
| Address: | 145 West 30th Street, 2nd Floor, New York, NY 10001 |
| Contact: | Ms. Alexis Artieda |
| Review Period: | January 1, 2018 through December 31, 2020 |

REVIEW PERIOD: January 1, 2018 through December 31, 2020
AUDITOR: Reggie Woo

**Reason for Deficiency (RFD)**
A. Contributions were not remitted for all hours paid after April 2019.
B. Contributions were not remitted for all covered employees.
C. Contributions were not remitted for all hours worked

2019

## CONTRIBUTION DUE

| EMPLOYEE | S/S NUMBER | HIRE | TERM | RFD | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEPT | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amos, Robert | 4769 | | | A | | | | | | 21.50 | | | 50.50 | | | | 72.00 |
| Azza, Anthony | 6937 | | | A | | | | | | | | | 15.00 | | | | 15.00 |
| Becker Jr., Eric | 0583 | | | B | | | | | | | | | 4.00 | | | | 4.00 |
| Catano, Tony | 3739 | | | B | | | | | | | | | 33.00 | | | | 33.00 |
| Cintron, Jose | 6923 | | | A | | | | | | | | | 20.50 | | | | 20.50 |
| Cleary, Andrew | 7771 | | | B | | | | | | | | | 15.50 | | | | 15.50 |
| Collado, Balodio | 3401 | | | A | | | | | | | | | 50.00 | | | | 50.00 |
| Davis, Christopher | 3154 | | | A | | | | | | | | | 37.50 | | | | 37.50 |
| Decarolis, Greg | 1195 | | | B | | | | | | | | | 18.00 | | | | 18.00 |
| Doherty, Robert | 0855 | | | A | | | | | | | | | 4.00 | | | | 4.00 |
| Dunbar, Donald | 7407 | | | A | | | | | | 18.00 | | | 51.00 | | | | 69.00 |
| Dunbar, Nicholas | 4589 | | | A | | | | | | | | | 44.50 | | | | 44.50 |
| Gibbons, Frank | 0286 | | | A | | | | | | | | | 27.50 | | | | 27.50 |
| Gonzalez, Jose | 9565 | | | A | | | | | | 21.50 | | | | | | | 21.50 |
| Harris, William | 8860 | | | B | | | | | | | | | 33.00 | | | | 33.00 |
| Harris, Marchial | 8727 | | | A | | | | | | 18.00 | | | | | | | 18.00 |
| Johnson III., Theodore | 0590 | | | B | | | | | | | | | 6.00 | | | | 6.00 |
| Jurado, Jimmy | 3033 | | | A | | | | | | | | | 12.50 | | | | 12.50 |
| Kaschalk, David | 9696 | | | B | | | | | | | | | 6.00 | | | | 6.00 |
| Kiely, Greg | 7621 | | | AC | | | | 99.50 | | | | | | | | | 99.50 |
| Lauriello, Louis | 9453 | | | B | | | | | | 22.50 | | | | | | | 22.50 |
| Lydon, William | 2768 | | | A | | | | | | | | | 11.00 | | | | 11.00 |
| Mangini, Carlo | 9675 | | | A | | | | | | 24.00 | | | | | | | 24.00 |
| Martirez, Andrew | 9658 | | | A | | | | | | 7.50 | | | 16.00 | | | | 23.50 |
| McCann, Francis | 4499 | | | A | | | | | | 22.50 | | | | | | | 22.50 |
| Midgett Jr., Kemp | 8383 | | | B | | | | | | | | | 6.00 | | | | 6.00 |
| Mitchell, Declan | 6744 | | | A | | | | | | | | | 36.50 | | | | 36.50 |
| Morgan, Aidan | 8678 | | | A | | | | | | | | | 20.50 | | | | 20.50 |
| Noonan, Robert | 9692 | | | B | | | | | | 18.00 | | | 4.00 | | | | 22.00 |
| Onuffey, Colin | 2365 | | | B | | | | | | | | | 6.00 | | | | 6.00 |
| Reilly, Josh | 4229 | | | A | | | | | | 21.50 | | | 23.00 | | | | 44.50 |
| Ryan, William | 9040 | | | A | | | | | | 19.00 | | | 4.00 | | | | 23.00 |
| Smith, Michael | 2966 | | | B | | | | | | | | | 17.00 | | | | 17.00 |
| Taylor III., Stephen | 6999 | | | B | | | | | | | | | 6.00 | | | | 6.00 |
| Thomas, Alfred | 1853 | | | A | | | | | | | | | 20.00 | | | | 20.00 |
| Vernazza Jr., John | 4500 | | | A | | | | | | 11.00 | | | 11.50 | | | | 22.50 |
| | | | **Total Hours** | | - | - | - | 99.50 | - | 225.00 | - | - | 610.00 | - | - | - | 934.50 |

## Amount Due

| FUND | RATES | 9/1/2018 | 9/1/2019 | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PENSION | | $ 12.20 | $ 13.20 | $ - | | $ - | | $ 1,213.90 | $ - | $ 2,745.00 | $ - | $ - | $ 8,052.00 | $ - | $ - | $ - | $ 12,010.90 |
| | **TOTAL AMT DUE** | $ - | | $ - | | $ - | | $ 1,213.90 | $ - | $ 2,745.00 | $ - | $ - | $ 8,052.00 | $ - | $ - | $ - | $ 12,010.90 |

Revised 08/17/2022

**Exhibition Employees Union Local 829 Pension Funds**

| | | | |
|---|---|---|---|
| Employer: | Exserv- National Convention Services | REVIEW PERIOD: January 1, 2018 through December 31, 2020 | **Reason for Deficiency (RFD)** |
| Address: | 145 West 30th Street, 2nd Floor, New York, NY 10001 | AUDITOR: Reggie Woo | A. Contributions were not remitted for all hours paid after April 2019 |
| Contact: | Ms. Alexis Arrieda | | B. Contributions were not remitted for all covered employees. |
| Review Period: | January 1, 2018 through December 31, 2020 | | C. Contributions were not remitted for all hours worked. |

2020

**CONTRIBUTION DUE**

| EMPLOYEE | S/S NUMBER | HIRE | TERM | RFD | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEPT | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amos, Robert | 4769 | | | B | | | 4.00 | | | | | | | | | | 4.00 |
| Deconinck, David | 1944 | | | B | 13.00 | | | | | | | | | | | | 13.00 |
| Dunbar, Donald | 7407 | | | B | 10.50 | | 32.50 | | | | | | | | | | 43.00 |
| Dunbar, Nicholas | 4589 | | | B | | | 29.00 | | | | | | | | | | 29.00 |
| Espinal, Cesar | 7784 | | | B | 36.50 | | | | | | | | | | | | 36.50 |
| Falzone, Darin | 7652 | | | B | 12.00 | | 33.00 | | | | | | | | | | 45.00 |
| Gibbons, Frank | 5286 | | | B | 4.00 | | | | | | | | | | | | 4.00 |
| Gonzalez, Jose | 5565 | | | B | 41.50 | | | | | | | | | | | | 41.50 |
| Heerdt, George | 0705 | | | B | 6.00 | | | | | | | | | | | | 6.00 |
| Hincapie, Aric | 0027 | | | B | 13.50 | | 32.50 | | | | | | | | | | 46.00 |
| Jurado, Jimmy A. | 8033 | | | B | 26.00 | | 35.00 | | | | | | | | | | 61.00 |
| Lashley, Frank | 7316 | | | B | 14.00 | | | | | | | | | | | | 14.00 |
| Murphy, Lynnette | 0175 | | | B | 34.50 | | 33.00 | | | | | | | | | | 67.50 |
| Thomas, Alfred A. | 1853 | | | B | 7.50 | | | | | | | | | | | | 7.50 |
| | | | **Total Hours** | | 219.00 | - | 199.00 | - | - | - | - | - | - | - | - | - | 418.00 |

**Amount Due**

| FUND | RATES | 9/1/2019 | 9/1/2020 | | | | | | | | | | | | | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PENSION | | $ 13.20 | $ 14.20 | $2,890.80 | $ - | $2,626.80 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 5,517.60 |
| | | **TOTAL AMT DUE** | **$2,890.80** | $ - | $2,626.80 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | **$ 5,517.60** |

Revised 08/17/2022