**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
EXHIBITION EMPLOYEES LOCAL 829
I.A.T.S.E PENSION FUND; AND JUDITH
P.BROACH as INDEPENDENT FIDUCIARY of
the EXHIBITION EMPLOYEES LOCAL 829
I.A.T.S.E. PENSION FUND,

                           Plaintiffs,

         -against-                                     24 **CIVIL** 7833 (MKV)

                                             **DEFAULT  JUDGMENT**

NATIONAL CONVENTION SERVICES, LLC,

                           Defendant.
-------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated August 7, 2025, Plaintiffs' motion for default judgment is GRANTED. Judgment is hereby entered in favor of Plaintiffs against Defendant in the amount of $33,499.78, representing $17,528.50 in unpaid contributions to the Fund for the period January 1, 2018 through December 31, 2020, $5,538.89 in interest through February 10, 2025, $5,538.89 in liquidated damages, and $4,893.50 in reasonable attorneys' fees and costs incurred in this action; accordingly, the case is closed.

**Dated:**  New York, New York

        August 8, 2025

                                      **TAMMI M. HELLWIG**
                                 _____
                                       **Clerk of Court**

                     **BY:**        K. mango

                                      _____
                                       **Deputy Clerk**